**GOBIERNO DE PUERTO RICO**
**Departamento de la Familia**
*Administración para el Sustento de Menores*

Fecha de Emisión: 5/12/2020
*Issue date:*

# CERTIFICACION
*CERTIFICATE*

Nuestro sistema mecanizado contiene la siguiente información:
*Our automated case management system has the following information:*

A PEDRO J NEVAREZ BRUNO se le estableció una orden de alimentos, mediante Sentencia, Orden o Resolución.
*PEDRO J NEVAREZ BRUNO has a child support order established through Judgment, Order or Decision.*

| Caso<br>*Case* | Pensión Fijada<br>*Support Established* | Frecuencia de Pago<br>*Payment Frequency* | Fecha Último Pago<br>*Last Payment Date* | Balance adeudado<br>*Arrears Due* | Plan de Pagos<br>*Payment plan* | Frecuencia Plan de Pagos<br>*Payment plan frequency* | Fecha en que se estableció Plan de Pagos<br>*Payment Plan establishment date* | Fecha último pago registrado del Plan de Pagos<br>*Date of last payment for payment plan* |
|---|---|---|---|---|---|---|---|---|
| 0569667 | $1,829.14 | MENSUAL | 5/5/2020 | $0.00 | | | | |

En este caso los alimentistas NO recibieron asistencia económica del Programa Ayuda Temporal a Familias Necesitadas 'TANF'.
*In this case, the obligees received NO economic assistance from the Temporary Assistance for Needy Families Program (TANF).*

PEDRO J NEVAREZ BRUNO SI se encuentra acogido/a a la Ley de Quiebras.
*PEDRO J NEVAREZ BRUNO IS under the protection of the Bankruptcy Act.*

Tiene __1__ obligación(es) de pagos de pension(es) alimentaria(s) a través de ASUME.
*Has __1__ child support obligation(s) through the ASUME*

Recibe pensión alimentaria a través de ASUME en __0__ caso(s):
*Receives child support through ASUME in __0__ case(s):*

Este documento resume la información contenida en el sistema mecanizado (PRACSES) de la Administración para el Sustento de Menores. Los pagos realizados directamente a la persona custodia no se registran como pagos de pensión alimentaria ni plan de pago. Deberá acudir a la oficina de la ASUME donde está asignado su caso para solicitar la acreditación de pagos efectuados fuera de ASUME. El balance de esta Certificación no incluye el mes en que fue expedida. La información de este documento es válida por treinta (30) días, a partir de la fecha de su emisión.
*This document summarizes the information contained in the Administration for Child Support Enforcement automated system (PRACSES). Payments made directly to the Custodial Person are neither registered as child support payments nor as payments made for the payment plan. You must visit the ASUME office to which your case is assigned in order to request to credit those payments. The balance in this Certificate does not include the current month when it was issued. The information contained in this document is valid for thirty (30) days from its issue date.*

**20200512020200611034468**

NOTA DE CONFIDENCIALIDAD: La información contenida en este documento y cualquier anejo del mismo es confidencial y privilegiada y tiene el propósito de que sólo sea utilizado por la persona identificada en el mismo.

*CONFIDENTIALITY NOTE: The information contained in this document and any attachment is confidential and privileged and has the purpose of being used only by the person identified in it.*

Para validar la información contenida en este certificado, favor acceder a http://www.pr.gov/validacionelectronica/.
*To validate the information herein, please access http://www.pr.gov/validacionelectronica/.*

ASM-526
REV 02/15