| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 18-05191-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Tue May 12 12:27:41 AST 2020 | ASUME<br>PO BOX 71316<br>SAN JUAN, PR 00936-8416 | BANCO POPULAR PR<br>FORTUNO & RIVERA FONT LLC<br>PO BOX 13786<br>SAN JUAN, PR 00908-3786 |
| COOP A/C RINCON<br>PO BOX 608<br>RINCON, PR 00677-0608 | MMM HEALTHCARE, INC<br>c/o FERRAIUOLI LLC<br>PO BOX 195168<br>SAN JUAN, PR 00919-5168 | POPULAR AUTO<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 |
| US TRUSTEE<br>US TRUSTEE<br>EDIFICIO OCHOA<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1922 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | ASUME-JORANNIE CRUZ NIEVES<br>PO BOX 71316 SAN JUAN PR 00936-8416 |
| BANCO POPULAR<br>PO BOX 362708<br>San Juan, PR 00936-2708 | BANCO POPULAR DE PR<br>PO BOX 366818<br>San Juan, PR 00936-6818 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 |
| COOP A/C DE RINCON<br>PO BOX 608<br>Rincon, PR 00677-0608 | DSNB/MACYS<br>PO BOX 8218<br>MASON, OH 45040-8218 | FORD AUTO PARTS<br>1-6 AVE. DR.G CONCEPCION<br>BAYAMON PR 00960 |
| INTERNAL REVENUE SERVICES<br>CITY VIEW PLAZA II<br>BLDG.48 CARR 165 KM. 1.2<br>GUAYNABO PR 00968-8000 | JORANNIE CRUZ NIEVES<br>CALLE REINA SOFIA 25<br>LA VILLA TORRIMAR<br>GUAYNABO PR 00969-3270 | JORANNIE CRUZ NIEVES<br>PO BOX 9023963<br>SAN JUAN PR 00902 3963 |
| MMM HEALTHCARE, INC.<br>MMM HEALTHCARE, LLC<br>c/o EYMINEL VIEL, ESQ.<br>PO BOX 71114<br>SAN JUAN, PR 00936-8014 | POPULAR AUTO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 | SEARS/CBNA<br>PO BOX 6282<br>Sioux Falls, SD 57117-6282 |
| ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | JORANNIE CRUZ NIEVES<br>PO BOX 1562<br>BAYAMON, PR 00960-1562 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |
| MYRNA L RUIZ OLMO<br>MRO Attorneys at Law, LLC<br>PO BOX 367819<br>SAN JUAN, PR 00936-7819 | PEDRO J NEVAREZ BRUNO<br>PO BOX 3061<br>BAYAMON, PR 00960-3061 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)MMM HEALTHCARE, LLC                (u)Name,Address1,Address2,Address3,City,State        End of Label Matrix
c/o FERRAIUOLI, LLC                   PEDRO J. NEVAREZ BRUNO,PO BOX 3061,,,Bay              Mailable recipients    25
PO BOX 195168                                                                               Bypassed recipients     2
SAN JUAN, PR 00919-5168                                                                     Total                  27
```