

**GOBIERNO DE PUERTO RICO**
**Departamento de la Familia**
Administración para el Sustento de Menores

Fecha de emisión:   **7/31/2020**
*Issue date:*

# HISTORIAL DE PAGOS DE PENSION

*Child Support Payment History*

**Número de caso:**   0569667
*Case number:*

**Persona custodia:**   JORANNIE CRUZ NIEVES          **Persona no custodia:**   PEDRO NEVAREZ BRUNO
*Custodial person:*                                   *Non custodial person:*

**Balance:** $0.00          **Pensión:** $1,829.14          **Frecuencia:** MENSUAL
*Arrears due:*          *Support Established:*          *Payment frequency:*

| Fecha de pago / *Payment date* | Cantidad del pago / *Payment amount* | Número de transacción / *Transaction number* |
|---|---|---|
| 7/28/2020 | $4,500.00 | 029976058 |
| 7/6/2020 | $914.57 | 029875863 |
| 6/12/2020 | $914.57 | 029757653 |
| 6/8/2020 | $914.57 | 029727357 |
| 6/1/2020 | $914.57 | 029686987 |
| 5/5/2020 | $914.57 | 029554471 |
| 4/27/2020 | $914.57 | 029515428 |
| 4/9/2020 | $914.57 | 029459031 |
| 3/28/2020 | $914.57 | 029401934 |

El historial de pagos de pensión alimentaria solo abarca los pagos realizados durante los últimos 18 meses. Este documento contiene información del sistema mecanizado (PRACSES) de la Administración para el Sustento de Menores. Los pagos realizados directamente a la Persona Custodia no se registran. En aquellos casos en los que la familia recibe o recibió asistencia económica, la cantidad del pago responde al dinero distribuido luego del ajuste correspondiente por concepto de los beneficios recibidos. El número de transacción 0 corresponde a pagos recibidos, pero no distribuidos por razones reglamentarias. De usted identificar discrepancias en la información obtenida a través de este medio, tiene el deber de comunicarse o acudir a la oficina local correspondiente de la ASUME con el propósito de aclarar la misma. "R" significa reembolso al pagador.

*This Child support payment history only shows payments made during the last 18 months. This document contains information from the Administration for Child Support Enforcement automated system (PRACSES). Payments made directly to the Custodial Person are not registered. In cases where the family receives or received TANF payments, the payment amount means money distributed after the corresponding adjustment was made for benefits received. Transaction number 0 means an undistributed collection due to regulatory reasons. If you identify any discrepancies with the information displayed in our page, please contact or visit your corresponding ASUME local office for clarification. "R" means reimbursement to the payor.*



GOBIERNO DE PUERTO RICO
Departamento de la Familia
Administración para el Sustento de Menores

Fecha de emisión:   **7/31/2020**
*Issue date:*

## HISTORIAL DE PAGOS DE PENSION

*Child Support Payment History*

| Fecha de pago | Cantidad del pago | Número de transacción |
|---|---|---|
| *Payment date* | *Payment amount* | *Transaction number* |
| 3/5/2020 | $914.57 | 029301424 |
| 2/20/2020 | $806.64 | 029238105 |
| 2/4/2020 | $1,022.50 | 029149642 |
| 1/17/2020 | $1,376.02 | 029073997 |
| 12/16/2019 | $1,376.02 | 028915959 |
| 12/2/2019 | $1,376.02 | 028851400 |
| 10/18/2019 | $1,376.02 | 028642230 |
| 10/3/2019 | $1,376.02 | 028560467 |
| 9/3/2019 | $1,376.02 | 028403110 |
| 7/30/2019 | $1,000.00 | 028239552 |
| 6/17/2019 | $2,000.00 | 028045135 |
| 6/3/2019 | $1,000.00 | 027972585 |
| 4/24/2019 | $1,000.00 | 027790740 |
| 3/24/2019 | $1,000.00 | 027639005 |
| 2/19/2019 | $1,000.00 | 027478448 |

El historial de pagos de pensión alimentaria solo abarca los pagos realizados durante los últimos 18 meses. Este documento contiene información del sistema mecanizado (PRACSES) de la Administración para el Sustento de Menores. Los pagos realizados directamente a la Persona Custodia no se registran. En aquellos casos en los que la familia recibe o recibió asistencia económica, la cantidad del pago responde al dinero distribuido luego del ajuste correspondiente por concepto de los beneficios recibidos. El número de transacción 0 corresponde a pagos recibidos, pero no distribuidos por razones reglamentarias. De usted identificar discrepancias en la información obtenida a través de este medio, tiene el deber de comunicarse o acudir a la oficina local correspondiente de la ASUME con el propósito de aclarar la misma. "R" significa reembolso al pagador.

*This Child support payment history only shows payments made during the last 18 months. This document contains information from the Administration for Child Support Enforcement automated system (PRACSES). Payments made directly to the Custodial Person are not registered. In cases where the family receives or received TANF payments, the payment amount means money distributed after the corresponding adjustment was made for benefits received. Transaction number 0 means an undistributed collection due to regulatory reasons. If you identify any discrepancies with the information displayed in our page, please contact or visit your corresponding ASUME local office for clarification. "R" means reimbursement to the payor.*



GOBIERNO DE PUERTO RICO
Departamento de la Familia
Administración para el Sustento de Menores

Fecha de emisión: **7/31/2020**
*Issue date:*

## HISTORIAL DE PAGOS DE PENSION

*Child Support Payment History*

El historial de pagos de pensión alimentaria solo abarca los pagos realizados durante los últimos 18 meses. Este documento contiene información del sistema mecanizado (PRACSES) de la Administración para el Sustento de Menores. Los pagos realizados directamente a la Persona Custodia no se registran. En aquellos casos en los que la familia recibe o recibió asistencia económica, la cantidad del pago responde al dinero distribuido luego del ajuste correspondiente por concepto de los beneficios recibidos. El número de transacción 0 corresponde a pagos recibidos, pero no distribuidos por razones reglamentarias. De usted identificar discrepancias en la información obtenida a través de este medio, tiene el deber de comunicarse o acudir a la oficina local correspondiente de la ASUME con el propósito de aclarar la misma. "R" significa reembolso al pagador.

*This Child support payment history only shows payments made during the last 18 months. This document contains information from the Administration for Child Support Enforcement automated system (PRACSES). Payments made directly to the Custodial Person are not registered. In cases where the family receives or received TANF payments, the payment amount means money distributed after the corresponding adjustment was made for benefits received. Transaction number 0 means an undistributed collection due to regulatory reasons. If you identify any discrepancies with the information displayed in our page, please contact or visit your corresponding ASUME local office for clarification. "R" means reimbursement to the payor.*