**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA FAMILIA Y MENORES DE BAYAMÓN**

| | |
|---|---|
| **JORANNIE CRUZ NIEVES** | **CASO NÚM: DCU2016-0610 (3002)** |
| **DEMANDANTE** | |
| vs. | |
| **PEDRO J. NEVÁREZ BRUNO** | **SOBRE:** CUSTODIA Y RELACIONES FILIALES |
| **DEMANDADA** | |

**************************************************************************

**MOCIÓN SOLICITANDO REMEDIOS PARA EL PAGO DE HONORARIOS DE ABOGADO**

**AL HONORABLE TRIBUNAL:**

Comparece la parte demandada, *Pedro J. Nevárez Bruno*, por conducto de los abogados que suscriben, quienes muy respetuosamente **EXPONEN Y SOLICITAN:**

1. Mediante *Resolución* de 3 de febrero de 2020, este Honorable Tribunal otorgó al señor Nevárez un término de *60* días para proceder con el pago de *$4,500.00* por concepto de honorarios de abogado, según estipulados por las partes durante la Vista del 17 de enero de 2020 ante la Examinadora de Pensiones Alimentarias (EPA). **En el curso ordinario de los procesos, dicho término sería vencedero en abril de 2020 (en plena pandemia de Coronavirus).**

2. Debido a la pandemia del COVID-19, el Tribunal Supremo emitió varias resoluciones extendiendo todos los términos en los casos judiciales. Hacemos referencia a <u>*In Re: Medidas Judiciales ante Situación de Emergencia de Salud por el Covid-19*</u>, *2020 TSPR 44, Resolución del Tribunal Supremo de 22 de mayo de 2020, sobre Extensión de Términos Judiciales*. Allí el Tribunal Supremo de Puerto Rico resolvió que todo terminó que venciera durante la pandemia sería extendido hasta el 15 de julio de 2020. <u>Ello también aplica a cualquier término o plazo de cumplimiento instruido por orden judicial</u>.

3. No obstante, existe una realidad económica que como *País* hemos estado sufriendo; particularmente aquellas personas como el señor Nevárez, cuyo ***único sustento*** proviene de negocio propio. Como cuestión de hecho, la situación de la pandemia ha causado merma o pérdida significativa de ingresos para la mayoría de los ciudadanos que laboran por cuenta propia.

4. Así las cosas, el señor Nevárez ha estado en gestiones para contar con el dinero y proceder con el pago de los honorarios de abogado estipulados. Sin embargo, ha tenido dificultad para contar con el dinero y proceder con la liquidación inmediata de dichos honorarios.

5. Apelamos a la empatía y al sentido práctico y de justicia de este Honorable Tribunal. Pues luego de la pandemia las condiciones económicas actuales no son las mismas a las del 17 de enero de 2020; fecha en que se estipularon los honorarios de abogado reclamados por la demandante. De igual forma, la pandemia del COVID-19 ha agravado las condiciones económicas de los negocios que operan y dependen de la oferta y demanda ciudadana. Así pues, y como cuestión de hecho, a esta fecha la capacidad económica del señor Nevárez, así como sus proyecciones de ingresos por el resto del año, no se comparan con el año pasado ni con los primeros días del año en curso.

6. Por otro lado, recordemos, además, que el señor Nevárez aún se encuentra bajo un plan y proceso activo de Quiebra ante la Corte Federal, lo cual también le impone ciertas condiciones en el uso y manejo del dinero. El plan de quiebra tampoco le permite disponer o comprometer libremente de aspectos económicos.

7. **Actualmente el señor Nevárez se encuentra al día y en cumplimiento con su obligación como padre alimentante.** Obra en el expediente de este Honorable Tribunal certificación reciente de ASUME. Por lo que las necesidades actuales del menor se encentran cubiertas y al día en atención al pago que corresponde al compareciente, quien a pesar de la crisis económica que vive el País, en ningún momento ha relegado o incumplido con su responsabilidad.

8. En vista de todo lo antes expuesto, se **solicita** que este Honorable Tribunal provea **remedios justos** para el pago de los honorarios de abogado que el señor Nevárez adeuda por estipulación de las partes. A esos efectos, se solicita y se propone al Honorable Tribunal, que la cuantía de *$4,500.00* por concepto de honorarios de abogado **pase y forme parte del retroactivo** que actualmente el señor Nevárez paga en conjunto con la mensualidad de pensión alimentaria. En la alternativa, se solicita que se otorgue al señor Nevárez un **plan de pago** para el pago y liquidación de dichos honorarios en un plazo de doce (12) meses; con el compromiso de saldo anticipado una vez la situación económica mejore. De este Honorable Tribunal no conceder cualquiera de las alternativas y remedios antes solicitados, se solicita muy respetuosamente una prórroga de noventa (90) días adicionales para que el señor Nevárez pueda continuar en gestiones de obtener o juntar el dinero correspondiente a dicho pago.

**POR TODO LO CUAL**, muy respetuosamente se solicita que este Honorable Tribunal tome conocimiento de lo antes expuesto y en consecuencia Ordene:

1. Que la cuantía de *$4,500.00* por concepto de honorarios de abogado **pase y forme parte del retroactivo** que actualmente el señor Nevárez paga en

2

conjunto con la mensualidad de pensión alimentaria.

2. En la alternativa, se solicita que se otorgue al señor Nevárez un **plan de pago** para el pago y liquidación de dichos honorarios en un plazo de doce (12) meses; con el compromiso de saldo anticipado una vez la situación económica mejore.

3. De este Honorable Tribunal no conceder cualquiera de las alternativas y remedios antes solicitados, se solicita muy respetuosamente una prórroga de noventa (90) días adicionales para que el señor Nevárez pueda continuar en gestiones de obtener o juntar el dinero correspondiente al pago de honorarios de abogado.

CERTIFICO: haber enviado copia fiel y exacta de este escrito a la Lcda. Brenda Berríos Morales mediante correo electrónico: bbmlegal@yahoo.com.

En Bayamón, Puerto Rico, hoy 14 de julio de 2020.

**Santiago, Umpierre & Arroyo**
Calle Esteban Padilla 60-E
Bayamón, Puerto Rico 00959
Tel.: 787.786.3466 / Fax: 787.798.4436

f/ Lcdo. José Alberto García García
RUA: 14993
jalbertogarciagarcia@gmail.com

f/ Lcdo. Héctor Santiago Rivera
RUA:5172
sualaw@yahoo.com

3