**COMMONWEALTH OF PUERTO RICO
COURT OF FIRST INSTANCE
BAYAMÓN JUDICIAL CENTER
FAMILY AND MINORS PART**

| | |
|---|---|
| **JORANNIE CRUZ NIEVES**<br>**PLAINTIFF** | **CIVIL NO. DCU2016-0610** |
| VS | RE: CUSTODY |
| **PEDRO J. NEVÁREZ BRUNO**<br>**DEFENDANT** | ROOM: 3002 |

### R E S O L U T I O N

Having addressed the report rendered by the Child Support Examiner, Atty. Janet Soltero Lugo, on the hearing held on January 17, 2020, the Court endorses the findings of fact and conclusions of law included therein, which it approves.

As a consequence, the child support is fixed, which the non-custodial father Mr. Pedro J. Nevarez Bruno, must provide for the benefit of the minor GJNC, born on December 4, 2012, procreated by the parties, in the amount of **$1,829.14** per month[1], effective March 25, 2019, to be paid to the child's mother through ASUME,.

The final child support monthly amount of **$1,550.48** that Mr. Pedro J. Nevarez Bruno must pay for the period from May 15, 2017 to May 31, 2018 is established.

---

[1] Frequency of child support payments:
   a. Monthly: paid within the first five days of each month.
   b. Twice a month: the first fortnight is paid within the first five days of each month and the second fortnight, within days 15 to 20 of each month.
   c. Biweekly: paid each time he gets paid beginning with the first of month payment. Sometimes there will be three monthly payments.
   d. Weekly: it is paid every week; the party who pays must inform the day payment will be made.
   e. If the child pension is paid by order of income withholding at the origin, the same will be made according to the payment and accounting system of the withholding company.

Identification number: _____  1

*Certified to be a true and exact translation from the source text in Spanish to the target language English.
21/JULY/20209 –♦ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ♦ Translations & More: 787-637-4906*

The final child support monthly amount of **$1,605.29** that Mr. Pedro J. Nevarez Bruno must pay for the period from June 1, 2018 to March 25, 2019 is established.

The parties are ordered to share medical expenses not covered by the medical plan and extraordinary expenses, as long as the latter have been consulted and approved by both parties, in writing before incurring them, in the proportion of 52.81% Mr. Pedro Nevarez Bruno and 47.19% Mrs. Jorannie Cruz Nieves, based on reimbursement. The party incurring the cost will have 5 days counted from the date the payment was made to send evidence to the other party of the payment. The party that receives the document will, in turn, have 5 days counted, from the date on which the documents are received to send the other party the corresponding percentage of the total that reflects the payment receipt(s).

Mr. Nevarez Bruno is directed to pay Mrs. Cruz Nieves 52.81% of the cost of the school's Bridges Program monthly.

When making payments for reimbursements and for the payment of the Bridges Program, Mr. Pedro Nevarez Bruno is ordered to deposit the payments into the Banco Popular account of Mrs. Jorannie Cruz Nieves.

Mrs. Jorannie Cruz Nieves is ordered to send the receipt of the monthly payment of the Bridges Program to Mr. Pedro Nevarez Bruno.

Mr. Pedro Nevarez Bruno is ordered to pay the debt for the retroactive child support in the amount of **$18,050.83**, through the payment plan stipulated by the parties, **$500.00** per month, in addition to the child support to be paid through ASSUME.

Mr. Pedro Nevarez Bruno will continue to provide private health plan coverage that benefits the minor.

The parties agreed to set attorney fees for the 13 hearings held at the rate of **$350.00** per visit, for a total of **$4,550.00**. Mr. Pedro Nevarez Bruno is ordered to pay the aforementioned amount for fees as agreed by the parties in the term of _60_ days.

Identification number: _____ 2

*Certified to be a true and exact translation from the source text in Spanish to the target language English. 21/JULY/20209 –♦ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ♦ Translations & More: 787-637-4906*

The parties are directed to, within fifteen days from the date on which they have received this determination, appear at the Office of Administration for Child Support (ASUME) closest to their residence to open a case and / or update the information of the fixed child support (either provisional or regular) before the indicated agency. If neither of the parties has completed the ASUME Request for Services, which establishes the Title IV-D of the federal Social Security Law, they are urged to complete it so that they can receive all the services provided by ASUME. They are advised that, should the request for services not be completed, the agency will not make any effort to try to collect the child support payments in case of non-compliance by the non-custodial person.

Pursuant to Administrative Order No. OAN-2003-03 of September 26, 2003, the Court clerk shall notify the parties a copy of the report of the Examiner and the corresponding worksheet.

The parties are advised of their continuing duty to inform the Court and the pension-receiving party of any change of employer, indicating in such case the name, postal address, and telephone number of the new employer. They should also report on the availability of a medical insurance policy, as soon as this occurs.

Mr. Pedro Nevarez Bruno is advised that if he fails to comply with any payment corresponding to the provisional child support set forth herein, the Court may declare him in contempt and order his imprisonment.

**NOTIFY the parties and ASUME, P. 0. Box 2578, Bayamon, Puerto Rico 00960.**

In Bayamón, Puerto Rico on February 3, 2020.

[Signed]
KATHERINE HOFFMAN EGOZCUE
JUDGE OF THE COURT OF FIRST INSTANCE

Identification number: _____

3