On Tuesday, July 21, 2020, 09:49:52 AM GMT-4, <noreply@ramajudicial.pr> wrote:

COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE
COURT OF FIRST INSTANCE
BAYAMÓN SUPERIOR PART

| | | |
|---|---|---|
| CRUZ NIEVES, JORANNIE | CASE NO. | D CU2016-0610 |
| PLAINTIFF | ROOM NO. | 3002 |
| VS | RE: | CUSTODY |
| NEVAREZ BRUNO, PEDRO J. | | |
| DEFENDANT | | |

N O T I F I C A T I O N

TO:   ATTY. BERRÍOS MORALES, BRENDA
      BBMLEGAL@YAHOO.COM

      ATTY. GARCÍA GARCÍA, JOSÉ ALBERTO
      JALBERTOGARCIAGARCIA@GMAIL.COM
      ATTY. SANTIAGO RIVERA, HÉCTOR
      SUALAW@YAHOO.COM

THE UNDERSIGNING CLERK CERTIFIES AND NOTIFIES YOU THAT REGARDING THE MOTION FOR REMEDIES FOR PAYMENT OF LEGAL FEES, THIS COURT ISSUED AN ORDER OF JULY 16, 2020.

THE RULING IS TRANSCRIBED BELOW:

THE TERM EXPIRED ON JULY 15, 2020. HEARING ON DEFAULT OF LEGAL FEES. OCTOBER 27, 2020, 10:00 AM.

SGN. KATHERINE HOFFMAN EGOZCUE
JUDGE

SINCE YOU ARE A PARTY OR ITS LEGAL REPRESENTATION IN THE CASE SUBJECT TO THIS ORDER, YOU MAY FILE A RECOURSE OF APPEAL, REVIEW, OR CERTIORARI, PURSUANT TO PROCEEDURES AND WITHIN THE TERM ESTABLISHED BY LAW, RULE, OR REGULATION.

I CERTIFY THAT THE JUDGMENT ISSUED BY THE COUR WAS DULY REGISTERED AND FILED IN RECORDS TODAY JULY 21, 2020 AND THAT A COPY OF THIS NOTIFICATION WAS SENT TO THE PERSONS INDICATED ABOVE, TO THEIR ADDRESSES REGISTERED IN THE CASE PURSUANTO TO THE APPLICABLE RULE. ON THIS SAME DATE A COPY OF THE NOTIFICATION WAS FILED IN RECORDS.

IN BAYAMON, PUERTO RICO, ON JULY 21, 2020.

| | |
|---|---|
| LAURA SANTA SÁNCHEZ | BY: F/ DIANA RIVERA CRUZ |
| NAME OF REGIONAL CLERK | NAME AND SIGNATURE OF THE DEPUTY COURT CLERK |

OAT1812-Unique Notification Form – Judgments, Resolutions, Orders and Minutes (November 2016)

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*11/AUGUST/2020* ◆ *Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449* ◆ *Translations & More: 787-637-4906*