ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA FAMILIA Y MENORES DE BAYAMÓN

| | |
|---|---|
| **JORANNIE CRUZ NIEVES** | **CASO NÚM: DCU2016-0610 (3002)** |
| DEMANDANTE | |
| VS. | |
| **PEDRO J. NEVÁREZ BRUNO** | SOBRE: CUSTODIA Y RELACIONES FILIALES |
| DEMANDADA | |

*************************************************************************

**RÉPLICA A "*TERCERA MOCIÓN EN SOLICITUD DE DESACATO CON LA PENSIÓN ALIMENTARIA*"**

**AL HONORABLE TRIBUNAL:**

Comparece la parte demandada, *Pedro J. Nevárez Bruno*, por conducto de los abogados que suscriben, quienes muy respetuosamente **EXPONEN Y SOLICITAN:**

1. El 10 de agosto de 2020, la parte demandante presentó *Tercera Moción en Solicitud de Desacato con la Pensión Alimentaria*. En la misma ***insiste*** a este Tribunal que la pensión alimentaria no está al día y/o que el señor Nevárez incumple con su obligación de alimentar.

2. Así las cosas, **NUEVAMENTE** reiteramos que el señor *Pedro J. Nevárez Bruno* se encuentra al día en sus pagos de alimentos. Al presente nada adeuda a la parte demandada. **Se aneja certificación reciente de la ASUME.**

3. Solicitamos la intervención de este Honorable Tribunal, a los fines de que ponga ya un *CESE y DESISTA* a la parte demandada, con, pero no limitado a, imposición de honorarios de abogado.

4. Muy respetuosamente entendemos que se está ocupando innecesariamente el tiempo del Tribunal, así como se está sobrecargando el expediente judicial con controversias que carecen de legitimidad. Ya la insistencia de la demandada es mucha, al punto de que raya en la temeridad.

5. Lo antes expuesto se agrava ante el hecho de que ya este Tribunal ha ordenado referir a la Examinadora de Pensiones Alimentaria (EPA) toda controversia relacionada con la pensión. Ello es de conocimiento de la parte demandada.

6. Somos del criterio de que al Tribunal se traen controversias o planteamientos legítimos y cuando ya las partes no han podido resolver. Al menos ese siempre ha sido nuestro estilo en este caso.

**POR TODO LO CUAL**, muy respetuosamente se solicita que este Honorable Tribunal

tome conocimiento de lo antes expuesto y en consecuencia declare No Ha Lugar los planteamientos de la demandada en la *Tercera Moción en Solicitud de Desacato con la Pensión Alimentaria* que presentó el día 10 de agosto de 2020.

Se solicita, además, que este Honorable Tribunal emita Orden de *cese y desista* contra la parte demandada, con, pero no limitado, a la imposición de honorarios de abogado, **ante el hecho de ocupar innecesariamente el tiempo del Tribunal y sobrecargar el expediente judicial.**

CERTIFICO: haber enviado copia fiel y exacta de este escrito a la Lcda. Brenda Berríos Morales mediante correo electrónico: bbmlegal@yahoo.com. **Certifico, además, que este escrito fue radicado electrónicamente a través del sistema SUMAC por conducto del correo electrónico sumacbayamon@ramajudicial.pr según provisto por la rama judicial para la radicación de casos ante la pandemia del COVID-19**

En Bayamón, Puerto Rico, hoy 25 de agosto de 2020.

## Santiago, Umpierre & Arroyo
Calle Esteban Padilla 60-E
Bayamón, Puerto Rico 00959
Tel.: 787.786.3466 / Fax: 787.798.4436

f/ Lcdo. José Alberto García García
RUA: 14993
jalbertogarciagarcia@gmail.com

2

**GOBIERNO DE PUERTO RICO**
**Departamento de la Familia**
Administración para el Sustento de Menores

Fecha de Emisión: 8/24/2020
*Issue date:*

# CERTIFICACION
### *CERTIFICATE*

Nuestro sistema mecanizado contiene la siguiente información:
*Our automated case management system has the following information:*

A PEDRO J NEVAREZ BRUNO se le estableció una orden de alimentos, mediante Sentencia, Orden o Resolución.
*PEDRO J NEVAREZ BRUNO has a child support order established through Judgment, Order or Decision.*

| Caso<br>*Case* | Pensión Fijada<br>*Support Established* | Frecuencia de Pago<br>*Payment Frequency* | Fecha Último Pago<br>*Last Payment Date* | Balance adeudado<br>*Arrears Due* | Plan de Pagos<br>*Payment plan* | Frecuencia Plan de Pagos<br>*Payment plan frequency* | Fecha en que se estableció Plan de Pagos<br>*Payment Plan establishment date* | Fecha último pago registrado del Plan de Pagos<br>*Date of last payment for payment plan* |
|---|---|---|---|---|---|---|---|---|
| 0569667 | $1,829.14 | MENSUAL | 8/20/2020 | $0.00 | | | | |

En este caso los alimentistas NO recibieron asistencia económica del Programa Ayuda Temporal a Familias Necesitadas 'TANF'.
*In this case, the obligees received NO economic assistance from the Temporary Assistance for Needy Families Program (TANF).*

PEDRO J NEVAREZ BRUNO SI se encuentra acogido/a a la Ley de Quiebras.
*PEDRO J NEVAREZ BRUNO IS under the protection of the Bankruptcy Act.*

Tiene __1__ obligación(es) de pagos de pension(es) alimentaria(s) a través de ASUME.
*Has __1__ child support obligation(s) through the ASUME*

Recibe pensión alimentaria a través de ASUME en __0__ caso(s):
*Receives child support through ASUME in __0__ case(s):*

Este documento resume la información contenida en el sistema mecanizado (PRACSES) de la Administración para el Sustento de Menores. Los pagos realizados directamente a la persona custodia no se registran como pagos de pensión alimentaria ni plan de pago. Deberá acudir a la oficina de la ASUME donde está asignado su caso para solicitar la acreditación de pagos efectuados fuera de ASUME. El balance de esta Certificación no incluye el mes en que fue expedida. La información de este documento es válida por treinta (30) días, a partir de la fecha de su emisión.
*This document summarizes the information contained in the Administration for Child Support Enforcement automated system (PRACSES). Payments made directly to the Custodial Person are neither registered as child support payments nor as payments made for the payment plan. You must visit the ASUME office to which your case is assigned in order to request to credit those payments. The balance in this Certificate does not include the current month when it was issued. The information contained in this document is valid for thirty (30) days from its issue date.*

**20200729 20200828247933**

NOTA DE CONFIDENCIALIDAD: La información contenida en este documento y cualquier anejo del mismo es confidencial y privilegiada y tiene el propósito de que sólo sea utilizado por la persona identificada en el mismo.

*CONFIDENTIALITY NOTE: The information contained in this document and any attachment is confidential and privileged and has the purpose of being used only by the person identified in it.*

Para validar la información contenida en este certificado, favor acceder a http://www.pr.gov/validacionelectronica/.
*To validate the information herein, please access http://www.pr.gov/validacionelectronica/.*

ASM-526
REV 02/15